Jonathon MOSELEY, Plaintiff—
Appellant,

v.

Dianna PRICE, individually and as Secretary of the Loudoun County Electoral Board; Jean Jensen, individually and as Secretary of the Virginia State Board of Elections; Commonwealth of Virginia, a State covered under Section 5 of the Federal Voting Rights Act of 1965, by its Governor Mark Warner; Andrew Parker, individually and as Assistant Commonwealth Attorney for the County of Arlington; Robert Anderson, "Bob"; Tim Johns, individually but found at Wage Radio, Defendants—Appellees.

No. 04–1231.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 13, 2004.

Decided Aug. 23, 2004.

Jonathon Moseley, Appellant pro se. John Adrian Gibney, Jr., Thompson & McMullan, Richmond, Virginia, James Christian Stuchell, Office of the Attorney General of Virginia, Richmond, Virginia; Alexander Francuzenko, O'Connell, O'Connell & Sarsfield, Rockville, Maryland; Robert Theodore Mitchell, Jr., Winchester, Virginia, for Appellees.

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jonathon Moseley appeals from the district court's order dismissing his civil complaint pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moseley v. Price, 300 F.Supp.2d 389 (E.D.Va. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*